**Theron J. BARTELL, Plaintiff–Appellant,**

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

No. 06–1623.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 2, 2006.

Theron J. Bartell, Appellant Pro Se. Laura Ridgell–Boltz, Social Security Ad-

ministration, Denver, Colorado, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theron J. Bartell appeals the district court's orders accepting the recommendation of the magistrate judge and affirming the Social Security Commissioner's decision to deny disability benefits and denying Bartell's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bartell v. Comm'r Soc. Sec. Admin.*, No. 3:04–cv–22648–CMC (D.S.C. Feb. 21, 2006 & Apr. 24, 2006). We further deny Bartell's motion to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*